USDC IN/ND case 3:24-cv-00084-TLS-JEM   document 1   filed 01/25/24   page 1 of 3

SCANNED at ISP and Emailed on
1-25-24 by 2 . 4 pages
(date)   (Initials)   (num)

## NOTICE OF TORT CLAIM

TO: Tort Claim Administrator          Attorney General of Indiana
    Indiana Department of Corrections  Ind. Gov. Center S., 5th Floor
    302 West Washington Street         402 West Washington Street
    Indianapolis, IN 46204             Indianapolis, IN 46204-2770

3:24-cv-84

### STATEMENT OF FACTS

#### I. Claimant

(Provide your name, current residence, and residence at the time your loss occurred.)

BILLY WILLIAMS  DOC # 988757

MARION COUNTY SHERIFF'S OFFICE AT THE ADULT DETENTION CENTER

695 JUSTICE WAY  INDIANAPOLIS, IN 46203

#### II. Events

(Provide a short and plain statement of the facts on which your claim is based. Be sure to include the circumstances which brought about your loss and the time and place your loss occurred.)

SEE: ATTACHMENT  MARION COUNTY SHERIFF OFFICE

INTERNAL AFFAIRS OFFICE

UNLAWFUL EXCESSIVE FORCE UTILIZING PHYSICAL AND WEAPON TAZER

GUN RESULTING TO PHYSICAL AND PSYCHOLOGICAL INJURIES.

4

### III. Witnesses

(Provide the names of all persons involved, if known.)

1. Claimant, One Park Row, Michigan City, IN 46360
2. DEPUTY DETENTION OFFICER JOSEPH
3. DEPUTY DETENTION OFFICER RIGGLE
4. SEE: ATTACHMENT THE INTERNAL AFFAIRS HAVE THE AUDIO AND VIDEO SURVEILLANCE FOOTAGE COLLECTED DURING THEIR INVESTIGATION
5. 
6. 
7. 
8. 
9. 
10. 
11. 

### IV. Losses

(State the extent of your loss.)

1. I SUFFER PSYCHOLOGICAL PAIN AND SUFFERING "SEVERE DEPRESSION AS A RESULT OF THE DEFENDANTS OR OFFICERS CITED ABOVE THEIR ACTIONS THEY DID TO ME.

2. I HAVE BEEN EXPERIENCING PAIN IN MY LEFT WRIST AND DEVELOPED NERVE DAMAGE DUE TO THE SHOCK OF THE TAZER GUN USED AGAINST ME AND BURNS TO MY ARM FROM TAZER GUN OR WEAPON USED AGAINST ME.

3.

## V. Damages Sought

(List the amount of damages you are seeking.)

$50,000.00 DOLLARS FOR PUNITIVE DAMAGES AND COMPENSATORY DAMAGES AND PSYCHOLOGICAL PAIN AND SUFFERING DAMAGES THAT IS ASSOCIATED WITH MENTAL ILLNESS.

Executed on this __25__ day of __JANUARY__, 20__24__.

RESPECTFULLY SUBMITTED,

__Billy Williams__
Claimant

__BILLY WILLIAMS__     __#988757__
*(Printed Name)*            *DOC#*
**Indiana State Prison**
**1 Park Row**
**Michigan City, IN 46360**

6